**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

YUZHU X.,

Case No. 26-cv-2516 (LMP/EMB)

Plaintiff,

v.

**ORDER OF DISMISSAL**

JOSEPH B. EDLOW, *Director, U.S.*
*Citizenship and Immigration Services*;
MARKWAYNE MULLIN, *Secretary,*
*U.S. Department of Homeland Security*;
THOMAS SCHUURMANS, *Director of*
*the Nebraska Service Center, U.S.*
*Citizenship and Immigration Services*,

Defendants.

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (ECF No. 7).  **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: July 17, 2026

*s/ Laura M. Provinzino*

Laura M. Provinzino
United States District Judge